UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| JESSIE DAVIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> ATLANTA PIZZA, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:12-cv-00474-SCJ <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through the and undersigned counsel, hereby stipulate to the dismissal of this action with prejudice based on the parties having agreed upon a resolution of all claims in this case, under which Plaintiff will receive full compensation for his alleged claims under the Fair Labor Standards Act without compromise, along with separate consideration for Plaintiff's attorneys' fees and costs.

Respectfully submitted this 22nd day of June, 2012.

| s/ Amanda A. Farahany | s/ Brett C. Bartlett |
|---|---|
| Amanda A. Farahany | Brett C. Bartlett |
| Ga. Bar No. 646135 | Ga. Bar No. 041510 |
| BARRETT & FARAHANY, LLP | SEYFARTH SHAW LLP |
| 1100 Peachtree Street NE, Suite 500 | 1075 Peachtree Street NE, Suite 2500 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30309 |
| Telephone: (404) 214-0120 | Telephone: (404) 885-1500 |
| Facsimile: (404) 214-0125 | Facsimile: (404) 892-7056 |

| | |
|---|---|
| amanda@bf-llp.com | bbartlett@seyfarth.com |
| Counsel for Plaintiff | Margaret H. Campbell |
| | Ga. Bar No. 105978 |
| | OGLETREE DEAKINS NASH SMOAK & STEWART, PC |
| | 191 Peachtree Street, NE Suite 4800 |
| | Atlanta, Georgia 30303 |
| | Telephone: (404) 881-1300 |
| | Facsimile: (404) 870-1732 |
| | margaret.campbell@ogletreedeakins.com |
| | Counsel for Defendant |